1436

**2017–1090. Disciplinary Counsel v. Moore.**
On certified order. Michael Garth Moore, Attorney Registration No. 0025047, last known business address in Columbus, Ohio, publicly reprimanded.

*September 18, 2017*

**2017-Ohio-7645.]**

**2017–0891. State v. Kouts.**
Sandusky App. No. S–16–012, 2017-Ohio-2905. On appellee's motion for appointment of counsel. Motion granted. The Ohio Public Defender's Office is appointed to represent appellee.

*September 19, 2017*

**2017-Ohio-7662.]**

**2017–1281. State ex rel. Farmer v. Delaney.**
In Mandamus. On relator's motion to not allow defendants to have notice of writ of mandamus. Motion denied.

*September 20, 2017*

**2017-Ohio-7684.]**

**2016–1882. State v. Graham.**
Portage C.P. 2016 CR 107 E. On appellant's third motion for extension of time to transmit record. Motion granted. The record shall be filed no later than October 9, 2017. No further extensions shall be permitted.

**2017–0736. Value Place Columbus OH N.W., L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–292. On joint motion to remand appeal to the Franklin County Board of Revision. Motion granted.

**2016–1334. State ex rel. Gwiazda v. Indus. Comm.**
Franklin App. No. 15AP–882, 2016-Ohio-5153. On joint application for dismissal. Application granted. Cause dismissed.